UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP HERNDON, #231404,

       Petitioner,

                                     CASE NO. 2:09-CV-12213
v.                                     HONORABLE PATRICK J. DUGGAN

CINDI CURTAIN,

       Respondent.
_____/

## **JUDGMENT**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on March 15, 2010

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Petitioner Phillip Herndon has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE.**

                                                     s/PATRICK J. DUGGAN
                                                     UNITED STATES DISTRICT JUDGE

Copies To:
Phillip Herndon, #231404
G. Robert Cotton Correctional Facility
3500 N. Elm Road
Jackson, Michigan 49201

Brian O. Neill, Esq.